UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:  
ALETHEA CHERESE MCMEANS  
2335 Fenton St  
Columbus, OH  432242318  

Case No:   07-55751

Judge:   C KATHRYN PRESTON

SSN(S):   XXX-XX-7048

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   December 29, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| ALLTEL<br>BANKRUPTCY DPT 1269 B5F03B<br>1 ALLIED DR<br>LITTLE ROCK, AR  72202 | 16.88 |