**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | Case No:    07-55751 |
| ALETHEA CHERESE MCMEANS | | |
| 2335 Fenton St | : | CHAPTER 13 |
| Columbus, OH  432242318 | | |
| | : | Judge:    C KATHRYN PRESTON |

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated:  February 26, 2011                    /s/ Frank M. Pees

Frank M. Pees
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| ALLTEL | 17.25 |
| BANKRUPTCY DPT 1269 B5F03B | |
| 1 ALLIED DR | |
| LITTLE ROCK, AR  72202 | |